IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY KEEL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5429

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Anthony Keel, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Giselle Denise Lylen, Tallahassee, for
Appellee.


PER CURIAM.

      AFFIRMED.

BENTON, ROWE, and OSTERHAUS, JJ., CONCUR.